In re Carl C. **HENDRICKS**, Jr., Debtor.

**Carl C. Hendricks, Jr., Plaintiff–Appellant,**

v.

**South Carolina Title Insurance Company, Defendant–Appellee,**

**Kevin Campbell, Trustee.**

No. 00–2589.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided Feb. 27, 2001.

Carl C. Hendricks, Jr., pro se. David Randolph Whitt, Moses, Koon & Brackett, Columbia, SC, for appellee.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Carl C. Hendricks, Jr., appeals the district court's order affirming the bankruptcy court's order dismissing his civil complaint. Our review of the record and the district court's opinion accepting the magistrate judge's recommendation discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *Hendricks v. South Carolina Title Ins. Co.,* Nos. CA-00-625-9-8AJ; BK-93-74334-B (D.S.C. Nov. 17, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*